Action by Alice M. Dayton against Theodore Elixman, impleaded with others.

PER CURIAM. Interlocutory judgment affirmed, with costs.

COCHRANE, J., dissents.

DEAN v. HORNBOSTEL et al. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by William M. Dean against Edward Hornbostel and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., dissents.

DE BRIOU, Respondent, v. BUSCH, Appellant. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Corrine B. De Briou against Clarence M. Busch. W. R. Osborn, for appellant. M. Rosenbluth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to move at Special Term for additional security. Order filed.

DEE, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Catherine M. Dee against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

DE FORD, Appellant, v. KINNE & KINNE CO., Respondent.. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Thomas De Ford against the Kinne & Kinne Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

DE FORD, Appellant, v. KINNE & KINNE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Thomas De Ford against the Kinne & Kinne Company. No opinion. Judgment affirmed, with costs.

In re DE GROOT. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of the application of William A. De Groot for a writ of mandamus, etc.

PER CURIAM. Order of the Special Term modified in the following particulars: Ballot Exhibit No. 20 is a void ballot, and should not have been counted for James McLaughlin. Ballot Exhibit No. 36 is a void ballot, and should not have been counted for William A. De Groot. Ballot Exhibit No. 29 is a void ballot, and should not have been counted for James F. McLaughlin. Ballot Exhibit No. 42 is a void ballot, and should not have been counted for James F. McLaughlin. The order, in so far as it is appealed from, as so modified, should be affirmed, without costs to either party, and a recount had in accordance with this decision. See, also, 119 N. Y. Supp. 1123.

DEITSCH et al., Respondents, v. MARTIN & BOWNE CO. et al., Appellants. (Supreme

Court, Appellate Division, First Department. December 24, 1909.) Action by Charles Deitsch and another against Martin & Bowne Company and another. C. H. Studin, for appellants. J. J. Levy, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

DELANY, Appellant, v. CARPENTER, Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by William R. Delany against Anna M. Carpenter and Harry N. Bennett. No opinion. Judgment, in so far as appealed from, affirmed, with costs, on the motion of Mr. Justice Tompkins at Special Term. 62 Misc. Rep. 416, 114 N. Y. Supp. 990.

In re DEL GENOVESE'S WILL. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the probate of the last will and testament of Virgilio Del Genovese, deceased. No opinion. Decree (56 Misc. Rep. 418, 107 N. Y. Supp. 1033) of the Surrogate's Court of Kings County affirmed, with costs.

DELL, Respondent, v. FLETCHER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by Emerson C. Dell against Arthur A. Fletcher and another. No opinion. Judgment modified, by deducting from the amount awarded to the plaintiff $16.16, as of the date of the decision, and, as so modified, affirmed, without costs of this appeal to either party.

DENNY, Respondent, v. LAKE ONTARIO & BAY OF QUINTE STEAMBOAT CO.. Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by George J. Denny, as administrator, etc., against the Lake Ontario & Bay of Quinte Steamboat Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements.

DENSMORE, Respondent, v. DENSMORE, Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Alice V. Densmore against Darsa J. Densmore. C. Gignoux, for appellant. M. Leon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DEVLIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Joseph Devlin against the Brooklyn Heights Railroad Company. D. A. Marsh, for appellant. J. M. Ward, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON and SCOTT, JJ., dissent.

DIETERLEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme